UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID and DENISE BOURGOIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STANLEY MEDICAL RESEARCH INSTITUTE, E. FULLER TORREY, M.D., MATTHEW CYR, and LORIE STEVENS,<br><br>　　　　　Defendants. | Civ. No. _____ |

# NOTICE OF REMOVAL

To:　　The Judges of the United States District Court for the District of Maine

　　　　The defendants The Stanley Medical Research Institute and E. Fuller Torrey, M.D. (hereinafter "Defendants"), by counsel, pursuant to 28 U.S.C. §§ 1441, *et seq.*, request removal of a civil action commenced in the Superior Court of the State of Maine, Kennebec County styled *David and Denise Bourgoin v. The Stanley Medical Research Institute, E. Fuller Torrey, M.D., Matthew Cyr, and Lorie Stevens*, CV-05-121. In support of removal, Defendants respectfully state:

　　　　1.　　Plaintiffs commenced this action by filing a Complaint (the "Complaint") on or about May 11, 2005.

　　　　2.　　Defendants were served with the Summons and Complaint no sooner than July 12, 2005. A copy of all process, pleadings, and other order served on the defendants

1

is attached hereto as Exhibit A.  Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipestringing, Inc.*, 526 U.S. 344 (1999), removal is timely if filed within 30 days after the receipt by any Defendant, through service or otherwise, of the initial pleading setting forth the claims for relief.

3. Plaintiffs bring claims against defendants surrounding the donation of their son's brain and other tissue to SMRI.

4. Plaintiffs' claims for relief include a claim for alleged violations of the Racketeer Influenced and Corrupt Organization Act ("RICO").  More specifically, Plaintiffs allege that Defendants violated 18 U.S.C. §§ 1962(c) and 1962(d) through alleged predicate acts of mail fraud or wire fraud under 18 U.S.C. §§ 1341 and 1343.

5. Title 28 U.S.C. § 1441(a) provides the basis for removal jurisdiction to this Court in this action as this is a State Court action over which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question) and 18 U.S.C. § 1965.

6. The Complaint also includes state law claims for relief.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

7. The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Kennebec County, Maine, where this suit was originally filed.  Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

8. All Defendants consent and desire to remove this action to this Court.

9. Pursuant to 28 U.S.C. § 1446(d), Defendants this day are filing a copy of the Notice of Removal with the Kennebec County Superior Court, and sending copies of the Notice to Plaintiffs' counsel.

10. Defendants will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court.

WHEREFORE, Defendant respectfully requests that the above-captioned action be removed from the Kennebec County Superior Court to this Court.

DATED: August 1, 2005

/s/ Thomas V. Laprade
Philip M. Coffin III Bar No. 2462
Thomas V. Laprade Bar No. 7891
Lambert Coffin
477 Congress St.
PO Box 15215
Portland, ME  04101
(207) 874-4000
pcoffin@lambertcoffin.com
tlaprade@lambertcoffin.com


/s/ Byrne J. Decker
Byrne J. Decker

Pierce Atwood LLP
One Monument Square
Portland, ME  04101
207-791-1100 (phone)
207-791-1350 (fax)
bdecker@pierceatwood.com

Attorneys for Defendants
The Stanley Medical Research Institute and
E. Fuller Torrey, M.D.

AS TO CONSENT TO REMOVAL:

/s/ Mark G. Lavoie
Mark G. Lavoie
Christopher C. Taintor

Norman, Hanson & DeTroy LLC
415 Congress Street
P.O. Box 4600

Portland, ME  04112
(207) 774-7000 (phone)
(207) 775-0806 (fax)
mlavoie@nhdlaw.com
ctaintor@nhdlaw.com

Attorneys for Defendants Matthew Cyr and Lorie Stevens

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2005, I electronically filed, via e-mail to the U.S. District Court for the District of Maine, the foregoing document, and served the same, by U.S. mail, upon counsel addressed as follows:

>Steven D. Silin, Esq.
>Berman & Simmons, P.A.
>129 Lisbon St.
>P.O. Box 961
>Lewiston, ME  04243
>
>Mark G. Lavoie
>Norman, Hanson & DeTroy LLC
>415 Congress Street
>P.O. Box 4600
>Portland, ME  04112

DATED:  August 1, 2005

                                                    /s/ Thomas V. Laprade