OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

WILLIAM S. BROWNELL
CLERK

☒ Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, Maine 04101
Direct Tel.: (207) 780-3363 Ext. 2211
(207) 780-3356

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, ME 04402
(207) 945-0575

August 18, 2005

Nancy Desjardin, Clerk
Kennebec County Superior Court
95 State Street
Augusta ME 04330

RE: **DAVID BURGOIN, et al. v. STANLEY MEDICAL RESEARCH INSTITUTE, et al.**
**CIVIL DOCKET NO. 05-116-B-H**

Dear Ms. Desjardin:

Enclosed please find the file on remand in the above-entitled matter. On August 17, 2005 District Judge D. Brock Hornby entered an Order which remanded the case to Kennebec County Superior Court.

I have enclosed certified copies of the pleadings and a certified copy of the docket sheet.

Sincerely,
WILLIAM S. BROWNELL, CLERK

BY: *Melody Whitten*
Melody Whitten
Case Manager